COUNTY OF NASSAU, Respondent, *v.* DAY HARDIE et al., Defendants, and INTERCOUNTY OPERATING CORPORATION et al., Appellants.

Argued May 14, 1945; decided June 14, 1945.

*Morris Rochman* and *Charles H. Stoll* for appellants.

*Eugene R. Hurley* for respondent.

Judgment affirmed, with costs; no opinion. [See 294 N. Y. 963.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.